Date Impaneled: __1-15-08__

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA
CRIMINAL JURY SEATING CHART

Criminal Case No: CR S- __03-0384 WBS__ Case Name: __USA vs MICHAEL LA BRECQUE, et al.__

| 1. Michael James Pitts (27) | 2. Robert Ray Lowenthal (63) | 3. Deborah Franklin Datilio (67) | 4. John-Charles Alexander Green (4) | 5. Douglas Patrick McGann (37) | 6. Lillian Marie Peacock (49) | Alt. #1 Pamela Lea Muggy (112) | Alt. #2 Michele Suzanne Murphy (86) |
|---|---|---|---|---|---|---|---|
| 7. Jon Eric Severns (58) | 8. Marykaye V. Mummert (55) | 9. Judson Jeffery Tracey (21) | 10. William Floyd Vanassen (23) | 11. Danielle L. Young (24) | 12. James Dennis Rime (76) | Alt. #3 Kenneth Michael Williams (87) | Alt. #4 Norman Leo Adams (101) |

FILED
FEB -7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**Peremptory Challenges: (Criminal Cases):**

Deft 1 _____ Deft 2 _____ Govt 1 _____ Deft 3 _____ Deft 4 _____ Govt 2 _____ Deft 5 _____ Deft 6 _____ Deft 7 _____ Govt 3 _____ Deft 8 _____ Deft 9 _____

Govt 4 _____ Deft 10 _____ Deft 11 _____ Deft 12 _____ Govt 5 _____ Deft 13 _____ Deft 14 _____ Govt 6 _____ Deft 15 _____ Deft 16 _____

ALTERNATE(S): Govt 1 _____ Deft 1 _____ Govt 2 _____ Deft 2 _____

Date Impaneled: __1-15-08__

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA
CRIMINAL JURY SEATING CHART

Criminal Case No: CR S- __03-0384 WBS__   Case Name: __USA vs MICHAEL LA BRECQUE, et al.__   Final

| 1. Keith Vincent Bubak (1) 27. Michael James Pitts | 2. William V. Hudson (2) ~~31) Margaret A. Owens~~ ~~32) Carol Lynn Baker~~ ~~45) Daniel W. Quinton~~ ~~54) K. McCluskey~~ ~~62) Beverly Sue Hahn~~ 63 Lowenthal | 3. William Francis Sherwood (3) ~~35) Barbara E. Bower~~ ~~38) Brian Polyock~~ ~~60) Bragg~~ 67) Patilio | 4. John-Charles Alexander Green (4) | 5. Jack Rumage Cowell (11) 37) Douglas Patrick McCann | 6. Aaron Jon Toch (13) 49) Lillian Marie Peacock | Alt. #1 ~~79) Busath~~ ~~85) Banks~~ 112) Muggy | Alt. #2 86) Murphy |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 7. Ronald Alan Siemsen (15) ~~39) Mark Leonard Hoffman~~ ~~53) John R. Garrett~~ 58) Severns | 8. William J. Konvalin (20) 55) Mummert | 9. Judson Jeffery Tracey (21) | 10. William Floyd Vanassen (23) | 11. Danielle L. Young (24) | 12. James A. Bouse (26) ~~66) Gardner~~ ~~70) Stokes~~ 76) Rime | Alt. #3 87) K. Wines | Alt. #4 ~~90) Klimecki~~ ~~92) Richardson~~ 101) Adams |

Peremptory Challenges: (Criminal Cases):

Deft 1 __1__ Deft 2 __2__ Govt 1 __2__ Deft 3 __3__ Deft 4 __5__ Govt 2 __3__ Deft 5 __7__ Deft 6 __2__ Deft 7 __6__ Govt 3 __7__ Deft 8 __2__ Deft 9 __8__

Govt 4 __7__ Deft 10 __2__ Deft 11 __2__ Deft 12 __3__ Govt 5 __12__ Deft 13 __3__ Deft 14 __P__ Govt 6 __12__ Deft 15 __12__ Deft 16 __P__

ALTERNATE(S):   Govt 1 __A4__ Deft 1 __A1__ Govt 2 __A4__ Deft 2 __A1__

**UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA**
**CRIMINAL JURY SEATING CHART**

JURORS #1-20
Date: 1-2-08

Criminal Case No: CR S- __03-0384 WBS__  Case Name: __USA vs MICHAEL LA BRECQUE, et al.__

8 Jurors

| 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Chris Parry~~ Excused 1-2-08 By Stip | ~~Robert Raymond Gentili~~ Excused 1-2-08 | ~~Karen Jean Ebert~~ Excused 1-2-08 | ~~Juanita Y. Cano~~ Excused 1-2-08 | ~~Constantino A. Nava~~ Excused 1-2-08 | ~~Rosemarie Caddel~~ Excused 1-2-08 | John-Charles Alexander Green | William Francis Sherwood | William V. Hudson | Keith Vincent Bubak |

| 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 |
|---|---|---|---|---|---|---|---|---|---|
| William J. Konvalin (8) | ~~Carrie Lynn Wells~~ Excused 1-2-08 | No questionnaire submitted; Absent during proceedings on 12-3-07 | ~~Janice A. Masty~~ Excused 1-2-08 | ~~Stacy Cushman~~ Excused 1-2-08 | Ronald Alan Siemsen (7) | ~~Catherine Sadler~~ Excused 1-2-08 | Aaron Jon Toch (6) | ~~Victoria Rose Reshke~~ Excused 1-2-08 By Stip | Jack Rumage Cowell (5) |

**Peremptory Challenges: (Criminal Cases):**

Govt 1 ____ Deft 1 ____ Govt 2 ____ Deft 2 ____ Deft 3 ____ Govt 3 ____ Deft 4 ____ Deft 5 ____ Govt 4 ____ Deft 6 ____ Deft 7 ____ Govt 5 ____

Deft 8 ____ Deft 9 ____ Govt 6 ____ Deft 10 ____ ALTERNATE(S): Govt 1 ____ Deft 1 ____ Govt 2 ____ Deft 2 ____

JURORS #21-40
Date: 1-3-08

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA
CRIMINAL JURY SEATING CHART
Criminal Case No: CR S- 03-0384 WBS   Case Name: USA vs MICHAEL LA BRECQUE, et al.

Case 2:03-cr-00384-WBS   Document 240   Filed 02/07/08   Page 4 of 10

11 Jurors

| 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Peter Liem Nguyen~~ Excused | ~~Tsai Hsia Van Allen~~ Excused 1-3-08 | ~~Gary Lee Stancart~~ Excused 1-3-08 | Michael James Pitts | James A. Bouse | ~~Kathleen Gail Sullivan~~ Excused 1-3-08 | Danielle L. Young | William Floyd Vanassen | ~~Nina Priscilla Reese~~ Excused 1-3-08 | Judson Jeffery Tracey |

| 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Ann Muldoon Schwab~~ Excused 1-3-08 | Mark Leonard Hoffman | Brian Payne | Douglas Patrick McGann | ~~Dennis P. Eggers~~ Excused 1-3-08 | Barbara E. Bower | ~~Ernest Victor Gentes~~ Excused 1-11-08 | ~~Sky Wallace~~ Excused 1-3-08 | Carol Leann Bohrer | Margaret A. Owens |

**Peremptory Challenges: (Criminal Cases):**

Govt 1 _____ Deft 1 _____ Govt 2 _____ Deft 2 _____ Deft 3 _____ Govt 3 _____ Deft 4 _____ Deft 5 _____ Govt 4 _____ Deft 6 _____ Deft 7 _____ Govt 5 _____

Deft 8 _____ Deft 9 _____ Govt 6 _____ Deft 10 _____   ALTERNATE(S):   Govt 1 _____ Deft 1 _____ Govt 2 _____ Deft 2 _____

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA
CRIMINAL JURY SEATING CHART

JURORS #41-60
Date: 1-4-08

Criminal Case No: CR S- 03-0384 WBS   Case Name: USA vs MICHAEL LA BRECQUE, et al.

6 Jurors

| 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Shannon Marie Abbott~~ Excused 1-8-08 Returned 1-8-08 | Lillian Marie Peacock | ~~Tamra G. Cain~~ Excused 1-4-08 | ~~Kate Michelle McDonald~~ Excused | ~~Ryan Patrick Arndt~~ Excused 1-4-08 | Daniel W. Quinnan | ~~Cynthia N. Bernstein~~ Excused 1-4-08 | ~~Nancy Elisabeth Finch~~ Excused 1-4-08 | ~~Brooks Cameron Petersen~~ Excused 1-4-08 | ~~Ranjit Kaur Sohal~~ Excused 1-4-08 |

| 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Kristen Renae Winsor~~ phone # Disconnected (Absent) Excused 1-7-08 | ~~Sharon A. Tweedy~~ Excused 1-4-08 | Jon Eric Severns | ~~Jeanne D. Baeta~~ Excused 1-4-08 | ~~Barbara Anne Gillespy~~ Excused 1-4-08 (Absent) | Marykaye V. Mummert | Kendra Nicole McWhite | John R. Garrett | ~~Stephanie Leigh Campbell~~ Excused 1-4-08 | ~~Steven C. Ortiz~~ Excused 1-4-08 |

Peremptory Challenges: (Criminal Cases):

Govt 1 ____ Deft 1 ____ Govt 2 ____ Deft 2 ____ Deft 3 ____ Govt 3 ____ Deft 4 ____ Deft 5 ____ Govt 4 ____ Deft 6 ____ Deft 7 ____ Govt 5 ____

Deft 8 ____ Deft 9 ____ Govt 6 ____ Deft 10 ____    ALTERNATE(S):   Govt 1 ____ Deft 1 ____ Govt 2 ____ Deft 2 ____

JURORS #61-80
Date: 1-8-0[8]
UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA
CRIMINAL JURY SEATING CHART
Criminal Case No: CR S- 03-0384 WBS   Case Name: USA vs MICHAEL LA BRECQUE, et al.

Case 2:03-cr-00384-WBS   Document 240   Filed 02/07/08   Page 6 of 10

8 Jurors

| 70 Michelle Lorene Stokes | 69 ~~Fred Allen Inman~~ Excused 1-8-08 | 68 ~~Susan Elizabeth Harrelson~~ Excused 1-8-08 | 67 Deborah ~~Debora~~ Franklin Datilio  Returned 1-9-08 | 66 Joseph Gardner | 65 ~~Marcia Lynn McCormick~~ Excused 1-8-08 | 64 Beverly A. Blagg | 63 Robert Ray Lowenthal | 62 Beverly Sue Hahn | 61 ~~Catherine A. Christensen~~ Excused By Stip 1-3-08 |
|---|---|---|---|---|---|---|---|---|---|
| 80 ~~Lori A. Jenner~~ Excused 1-8-08 | 79 Conrad Michael Busath | 78 ~~Parminder Singh Virk~~ Excused 1-8-08 | 77 ~~Martyne Elizabeth Hill~~ Excused 12-14-07 | 76 James Dennis Rime | 75 ~~Michael Dean Preslar~~ Excused 1-8-08 | 74 ~~Jack A. Haynes~~ Excused 1-8-08 | 73 ~~Darren Johnson~~ Excused 1-8-08 | 72 ~~Susan Kay Bray~~ Excused 1-8-08 | 71 ~~Carrie Ann Hirschler~~ Excused 1-8-08 |

**Peremptory Challenges: (Criminal Cases):**

Govt 1 _____  Deft 1 _____  Govt 2 _____  Deft 2 _____  Deft 3 _____  Govt 3 _____  Deft 4 _____  Deft 5 _____  Govt 4 _____  Deft 6 _____  Deft 7 _____  Govt 5 _____

Deft 8 _____  Deft 9 _____  Govt 6 _____  Deft 10 _____       ALTERNATE(S):  Govt 1 _____  Deft 1 _____  Govt 2 _____  Deft 2 _____

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA
CRIMINAL JURY SEATING CHART
Case 2:03-cr-00384-WBS   Document 240   Filed 02/07/08   Page 7 of 10

JURORS #81-100
Date: 1-9-08

Criminal Case No: CR S- 03-0384 WBS   Case Name: USA vs MICHAEL LA BRECQUE, et al.

5 Jurors

| 90 | 89 | 88 | 87 | 86 | 85 | 84 | 83 | 82 | 81 |
|---|---|---|---|---|---|---|---|---|---|
| Francis Lawrence Klimecki | ~~Humberto Carbajal~~ Excused 1-9-08 | ~~Lois Ann Guzik~~ Excused 1-9-08 | Kenneth Michael Williams | Michele Suzanne Murphy | ~~Elizabeth Rose Seeley~~ Excused 1-9-08 | ~~Janice Mae Markle~~ Excused 1-9-08 | ~~Kurt Richard Zapata~~ Excused 1-8-08 | ~~Lisa Jill Lowery~~ Excused 1-9-08 | ~~Jane E. Sexton~~ Excused 1-9-08 |

| 100 | 99 | 98 | 97 | 96 | 95 | 94 | 93 | 92 | 91 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Ian A. Chan~~ Excused 1-8-08 | ~~Karen Anne Brady~~ Excused 1-11-08 To be returned on 1-11-08 | ~~Daniel W. Smith~~ Excused 1-11-08 To be returned on 1-11-08 | ~~Jyves M. Paraoan~~ Excused 1-11-08 to be returned on 1-11-08 | ~~Corazon Raguindin Quijalvo~~ Excused 1-11-08 To be returned on 1-11-08 | Johnny Kevin Banks | ~~Peggy L. Jones~~ Excused By Stip 1-3-08 | ~~Norma J. Goldsmith~~ Excused 1-8-08 | Eric Chandlar Richardson | ~~Francis Henry Palmer~~ Excused 1-8-08 |

**Peremptory Challenges: (Criminal Cases):**

Govt 1 _____  Deft 1 _____  Govt 2 _____  Deft 2 _____  Deft 3 _____  Govt 3 _____  Deft 4 _____  Deft 5 _____  Govt 4 _____  Deft 6 _____  Deft 7 _____  Govt 5 _____

Deft 8 _____  Deft 9 _____  Govt 6 _____  Deft 10 _____    ALTERNATE(S):  Govt 1 _____  Deft 1 _____  Govt 2 _____  Deft 2 _____

**UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA**
**CRIMINAL JURY SEATING CHART**

JURORS #101-120
Date: 1-10-~~08~~

2 Jurors

Criminal Case No: CR S- 03-0384 WBS   Case Name: USA vs MICHAEL LA BRECQUE, et al.

| 110 | 109 | 108 ✓ | 107 ✓ | 106 | 105 | 104 | 103 | 102 ✓ | 101 ✓ |
|---|---|---|---|---|---|---|---|---|---|
| ~~Aziza Aslam Ahmed~~ Excused By Stip 1-3-08 | ~~Anastasia Maria Holmes~~ Excused 1-10-08 | ~~Roberta M. Barajas~~ Excused 1-10-08 | ~~Ramamurthy Subramanian~~ Excused 1-10-08 | ~~Lynette Frances Knife~~ Excused 1-9-08 | ~~Karen Jones Tiemo~~ Excused 1-9-08 | ~~Arleen Elizabeth Barlow~~ Excused 1-10-08 | ~~Mary Ellen Gonway~~ Excused 1-9-08 | ~~Rita Marian Brida~~ Excused 1-10-08 | Norman Leo Adams |

| 120 | 119 ✓ | 118 | 117 | 116 | 115 | 114 ✓ | 113 | 112 | 111 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Nena Austria Belen~~ Excused 1-9-08 | ~~James F. Ansel~~ Excused 1-10-08 | ~~Jatinder Kaur Bihala~~ Excused 1-9-08 | ~~Andrea Wong Lam~~ Excused 1-9-08 | ~~Kara Kaye Ozeroff~~ Excused 1-9-08 | ~~Jason Lee Anderson~~ Excused 1-9-08 | ~~Roxanna Lea Smith~~ Excused 1-10-08 | ~~Thomas Wayne Jones~~ Excused 1-10-08 | Pamela Lea Muggy | ~~Jeffrey Lee Johnston~~ Excused 1-9-08 |

**Peremptory Challenges: (Criminal Cases):**

Govt 1 _____ Deft 1 _____ Govt 2 _____ Deft 2 _____ Deft 3 _____ Govt 3 _____ Deft 4 _____ Deft 5 _____ Govt 4 _____ Deft 6 _____ Deft 7 _____ Govt 5 _____

Deft 8 _____ Deft 9 _____ Govt 6 _____ Deft 10 _____       ALTERNATE(S):   Govt 1 _____ Deft 1 _____ Govt 2 _____ Deft 2 _____

JURORS #121-150
Date: 1-11-08

Criminal Case No: CR S- 03-0384 WBS   Case Name: USA vs MICHAEL LA BRECQUE, et al.

Jurors

| 130 | 129 | 128 | 127 | 126 | 125 | 124 | 123 | 122 | 121 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Laurel Catherine Doyle~~ Excused 1-10-08 | ~~Jill Marie Perry~~ Excused 1-10-08 | ~~Carole A. Kint~~ Excused 1-10-08 | ~~Angelina Arline Boisa~~ Excused 1-10-08 | ~~Teela Tessie Leyva~~ Excused 1-10-08 | ~~Sherri Cherise Wilson~~ Excused 1-10-08 | Lucian Khan | ~~Tim J. Hershey~~ Excused 1-10-08 | ~~Janet E. Leary~~ Excused 1-10-08 | ~~Michael H. Dong~~ Excused 1-10-08 |

| 140 | 139 | 138 | 137 | 136 | 135 | 134 | 133 | 132 | 131 |
|---|---|---|---|---|---|---|---|---|---|
| ~~Diane Louise Putman~~ Excused 1-10-08 | ~~Kristen Rebekah Wild~~ Excused 1-10-08 | ~~Jennifer Fine~~ Excused 1-10-08 | ~~Gary Joseph Helton~~ Excused 1-10-08 | ~~David Trujillo~~ Excused 1-10-08 | ~~Scott Alan Robertson~~ Excused 1-10-08 | ~~Mary F. Dawkins~~ Excused 1-10-08 | ~~Elizabeth Ann Prater~~ Excused 1-10-08 | ~~Norman Label~~ Excused 1-10-08 | ~~Amber Dawn Schwan~~ Excused 1-10-08 |

(over) →

| 150 ~~Kevin James Sloan~~ | 149 ~~Sean Alexander Murphy~~ | 148 Steven P. Rose | 147 ~~Margaret R. Foley~~ | 146 ~~Marcia Jeannette Vaughn~~ | 145 ~~Laurie Lisbeth Sandberg~~ | 144 ~~Prem Lata Vilash~~ | 143 ~~Lanita A. Yanagi~~ | 142 ~~Debbie Faye Brown~~ | 141 ~~Thomas Edwin Feeney~~ |
|---|---|---|---|---|---|---|---|---|---|
| Excused 1-11-08 | Excused 1-10-08 |  | Excused 1-10-08 | Excused 1-11-08 | Excused 1-10-08 | Excused 1-10-08 | Excused 1-10-08 | Excused 1-11-08 | Excused 1-11-08 |

**Peremptory Challenges: (Criminal Cases):**

Govt 1 _____ Deft 1 _____ Govt 2 _____ Deft 2 _____ Deft 3 _____ Govt 3 _____ Deft 4 _____ Deft 5 _____ Govt 4 _____ Deft 6 _____ Deft 7 _____ Govt 5 _____

Deft 8 _____ Deft 9 _____ Govt 6 _____ Deft 10 _____      ALTERNATE(S):   Govt 1 _____ Deft 1 _____ Govt 2 _____ Deft 2 _____

1 Juror