BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ALLEN HARROD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLEN HARROD, et al.,<br><br>　　　　Defendants.<br>_____ | No. Cr-S-03-384 WBS<br><br>STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM OCTOBER 14, 2008 TO OCTOBER 27, 2008 AT 8:30 A.M., AND MODIFYING THE SCHEDULE FOR DEFENDANTS' REPLY |

　　　The defendants, Joseph Labrecque and Allen Harrod, by and through their attorneys, Caro Marks and Bruce Locke, and the United States, by and through its attorney, Laurel White, hereby stipulate that the Judgement and Sentencing currently set for October 14, 008 shall be continued to October 27, 2008 at 8:30 a.m., and the parties further stipulate that the defendants' Reply to the Government's Response to Defendants' Objections to the Pre-Sentence Report and Sentencing Memorandum shall be filed by October 14, 2008.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: September 29, 2008　　　　　　　/S/ Bruce Locke
　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　Attorney for Allen Harrod

DATED: September 29, 2008　　　　　　　/S/ Bruce Locke for
　　　　　　　　　　　　　　　　　　CARO MARKS
　　　　　　　　　　　　　　　　　　Attorney for Joseph Labrecque

1

DATED: September 29, 2008         /S/   Bruce Locke for
                                  LAUREL WHITE
                                  Attorney for the United States

IT IS SO ORDERED:

DATED: September 30, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE