JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
ALLEN HARROD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>Plaintiff,  )<br>    )<br>v.  )<br>    )<br>ALLEN HARROD, et al.,  )<br>    )<br>Defendants.  )<br>_____ ) | No. CR-S 03-384-WBS<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT ALLEN HARROD AND ORDER**<br><br>Hon. William B. Shubb |

Defendant Allen Harrod, through counsel, hereby moves to substitute counsel John Balazs for counsel Bruce Locke as appointed counsel under the Criminal Justice Act for the purposes of appeal in this case. The Federal Defender's Office contacted undersigned counsel to represent Mr. Harrod in this action.

                                                Respectfully submitted

Dated: April 23, 2009

                                                /s/ Bruce Locke
                                                BRUCE LOCKE
                                                Attorney for Defendant
                                                ALLEN HARROD

Dated: April 28, 2009

                                                /s/ Allen Harrod
                                                ALLEN HARROD
                                                Defendant

Dated: April 23, 2009

                                                /s/John Balazs
                                                JOHN BALAZS
                                                Attorney Seeking Appointment

## ORDER

IT IS SO ORDERED.

Dated: April 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE